UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.    **CV 13-6943-MWF(RZx)**                      Dated: **March 10, 2014**

Title:        Hammitt, Inc.  -*v*- The TJX Companies Inc., et al.

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

       Julieta Lozano                                    None Present
       Courtroom Deputy                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:

       None Present                                    None Present

PROCEEDINGS (IN CHAMBERS):          COURT ORDER

     In light of the Notice of Settlement filed March 4, 2014, the Court sets a hearing on Order To Show Cause Re Dismissal for April 21, 2014 at 11:30 a.m.  If the stipulated dismissal is filed prior to this date, the matter will be taken off calendar.  All other dates are hereby vacated.

     IT IS SO ORDERED.

MINUTES FORM 90                          Initials of Deputy Clerk __jloz__
CIVIL - GEN